**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | **Case No. 24-mc-60119** |

## EX PARTE PETITION

Pinewood Technologies Asia Pacific Limited hereby petitions for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Tara J. Plochocki, Esq. as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary evidence from Respondent Bill Berman, who "resides in" or is "found in" the Southern District of Florida. The requested relief is for the purpose of obtaining limited, but important, discovery for use in a fraud claim that Petitioner intends to file in an ongoing legal proceeding against Pinewood Technologies PLC ("PWUK") in the High Court of Justice Business and Property Court of England and Wales, Technology and Construction Court.

That litigation is currently for breach of contract, and Petitioner intends to add a fraud claim based on fraudulent misrepresentation or deceit by PWUK on which petitioner justifiably relied. English courts require evidentiary support for claims of fraud, hence this petition and the relief requested herein.

The grounds for this Petition are set forth in the accompanying Memorandum of Law in Support of Petitioner's Ex Parte Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declarations of Abigail Healey and Tara J. Plochocki and the Exhibits thereto.

Dated: January 19, 2024

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

/s/ Elizabeth M. Velez_____
Elizabeth M. Velez
Florida Bar No. 73614
10 Grand Central
155 East 44th Street
25th Floor
New York, NY 10017
elizabeth.velez@lbkmlaw.com

Tara J. Plochocki (*pro hac vice* application to be filed)
1050 K Street NW
Suite 400
Washington D.C.  20001
Tel. 202-659-7217
tara.plochocki@lbkmlaw.com

*Counsel for Petitioner Pinewood Technologies Asia Pacific Limited*