# EXHIBIT 2

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Post a job

**Dave Neilsen**
Managing Director

More  + Follow  Message

← **Experience**


**Partner**
MOVD DIGITAL · Full-time
Jan 2023 - Present · 1 yr 1 mo
Seoul, South Korea · Hybrid


**Managing Director**
Helios Digital · Full-time
Jun 2017 - Present · 6 yrs 8 mos
Hong Kong

Managing Director leading a team of professionals passionate about transforming automotive retail in Asia Pacific through delivering a true digital retail SaaS platform for our customers in Asia Pacific.

Responsible for building the team from the inception, establishing the systems and controls and expanding the reach of the platform to 8 markets in Asia Pacific.

**Director and Lead Developer**
Terra Solar, LLC · Contract
Jul 2014 - Jun 2017 · 3 yrs
Hong Kong SAR

- Led an independent bid for a 30MW solar RFP in Guam for a Hong Kong based investor group.
- Led the site selection, land lease negotiation, soil sampling, resource analysis, financial modelling and interconnection team on the project.
- Successfully shortlisted in the Guam Power Authority tender process.
- Partnered with First Solar on the bid for EPC and O&M post project completion.

**Managing Director**
Guam Harley-Davidson / Hong Kong Harley-Davidson · Full-time
Jun 2013 - Apr 2017 · 3 yrs 11 mos
Hong Kong and Guam

Directed the turnaround and professionalization for a family-owned business and successfully expanded the territory and scale of business. Exclusive Harley-Davidson dealerships for Guam, the Mariana Islands, Palau and Hong Kong.


**Director, Energy Development**
Terra-Gen Power, LLC · Full-time
May 2011 - Jun 2013 · 2 yrs 2 mos
Seattle, WA

- Completed the development of the 230MW Morgan Hills Wind Energy Project in Mojave, CA. Responsible for design, land negotiations, environmental mitigation strategy and permitting of the facility. Led a cross functional team of 11 to complete the project.

- Designed strategic development plan for our long term growth over the next 5 – 10 years, which will result in a pipeline of over 500 MW (approximately US$1.2B of investment opportunities).

- Identified and prepared execution plans for repower opportunities within existing asset portfolio that will create a short term (within 3 years) pipeline of over 300 MW.

Specialties: Contract negotiations

Regulatory engagement and affairs
Strategic relationship management
Local, State and Federal permitting and approval process
Project Developments involving NEPA and/or CEQA
Strategic pipeline development
Land Acquisition

 **Terra-Gen**
Terra-Gen was established in August 2007, led by an experienced executive management team averaging…

 **NextEra Energy Resources**
3 yrs 2 mos

**Project Director - Wind Development**
Full-time
Mar 2010 - Apr 2011 · 1 yr 2 mos
Juno Beach, Florida, United States

- (2011) Lead Developer of the operational 78.2 MW Vasco Wind Energy Facility in Contra Costa County, CA.

- (2010) Lead Developer of the operational 102 MW Red Mesa Wind Energy Center in Cibola County, New Mexico.

- (2009) Associate Developer of the 229-Mile Texas Clean Energy Express 345kV Transmission line in West Texas. A Leader of the team that developed, constructed and energized the line in 15 months.

Business developer responsible for the integration of wind energy into the US Market, specializing in development throughout the Western States. Responsible for managing strategic relationships with key customers. Responsible for development budget, site identification, wind resource analysis, land acquisition, public approval process and permitting. Responsible for leading cross functional teams to support the development process and fatal flaw analysis of opportunities.

 **World's Largest Producer of Wind and Solar Energy**
NextEra Energy, Inc. is a leading clean energy company with consolidated revenues of approximate…

**Project Manager, Wind Development**
Mar 2008 - Feb 2010 · 2 yrs

Business developer responsible for the integration of wind energy into the US Market, specializing in development throughout the Western States.. Responsible for managing strategic relationships with key customers. Responsible for development budget, site identification, wind resource analysis, land acquisition, public approval process and permitting. Responsible for leading cross functional teams to support the development process and fatal flaw analysis of opportunities.

 **Project Manager, Wind Development**
FPL Energy
Mar 2008 - Jan 2009 · 11 mos

Business developer responsible for the integration of wind energy into the US Market, specializing in development throughout the Western States.. Responsible for managing strategic relationships with key customers. Responsible for development budget, site identification, wind resource analysis, land acquistion, public approval process and permitting. Responsible for leading cross functional teams to support the development process and fatal flaw analysis of opportunities.

 **Field Artillery / Ranger Signal Officer**
US Army
Sep 2003 - Mar 2008 · 4 yrs 7 mos

The executive Officer for an Airborne Ranger Signal Company.

 **Executive Officer**
75th Ranger Regiment, U.S. Army
2005 - 2008 · 3 yrs

Fort Benning, Georgia, United States

---

Ad ···

Tara, make the right connections with this exclusive offer.



Enjoy 50% off 2 months of LinkedIn Premium!

Get 50% off today

---

**People also viewed**

**James Beeton** • 3rd
Product Director at Helios Digital | Agile Product Management, Retail Data Analytics

+ Follow

**Josh Bunyan** • 3rd
Director

Message

**Jaeseung Lee** • 3rd+
Tesla Advisor at Tesla Korea

+ Connect

**Mitch Carpenter** • 3rd
Project Director at Terra-Gen, LLC

+ Connect

**Janeen Kang** • 3rd
Executive search partner who has extensive knowledge in retail/luxury/FMCG sector covering management positions globally

Message

Show more

---

Promoted ···

**Attorney Needed ASAP**
We need attorneys to help our legal clients. Free trial to view cases.

**The WSJ Bundle Is Here**
Inform Your New Year's Resolutions With Trusted Insights. Just $1/Week.

**See the State of IT.**
Learn insights and trends from over 4,000 IT leaders worldwide.

---

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. |

Select Language
English (English)

LinkedIn Corporation © 2024