# EXHIBIT 3



Home My Network Jobs Messaging Notifications 2 Me For Business Post a job

# Josephine Lee · 3rd

Director, Customer Acquisition at Helios Digital

Helios Digital

Hong Kong University of Science and Technology - School of Business and Management

Hong Kong SAR · Contact info

213 connections

Message + Follow More

Connect if you know each other Connect

**Providing services**
Cloud Application Development, SaaS Development, Information Manageme...
Show details

## Activity

217 followers

Posts Comments Images

Josephine Lee reposted this • 3mo

I am thrilled to announce that Helios Digital has achieved a significant milestone in our journey towards growth and innovation. Months of hard work and dedication have paid off as we are now of ...show more

7

Josephine Lee posted this • 4mo

As a dealership owner, having timely and accurate performance data can be a challenge. Take a moment to evaluate your status - it could make all the difference.... ...show more

11

Josephine Lee reposted this • 1yr

1

Show all posts →

## Experience


**Director, Customer Acquisition**
Helios Digital · Full-time
Jul 2017 - Present · 6 yrs 7 mos
Hong Kong · On-site

Helios Digital provides full digital ecosystem to support the operations of automotive partners. We're not just a DMS provider, we're the  …see more

**Sales & Operations Director**
Pinewood Technologies Asia Pacific Ltd. · Full-time
Jul 2017 - Oct 2022 · 5 yrs 4 mos
On-site

Transforming automotive retail in Asia Pacific through delivering a true digital retail SaaS platform for dealer and OEM in Asia Pacific.  …see more

**Marketing & PR Director**
Harley-Davidson of Hong Kong
Nov 2015 - Jul 2017 · 1 yr 9 mos
Hong Kong

- Responsible for planning, developing, executing and overseeing marketing, public relations initiatives and customer relationsh  …see more


**Lamborghini Hong Kong**
5 yrs 8 mos
Hong Kong & Guangzhou

**General Manager, Marketing & Public Relations**
Jan 2013 - Nov 2015 · 2 yrs 11 mos

In charge of all marketing & PR leads and initiatives for Lamborghini in Hong Kong and Guangzhou

   

**Senior Manager, Marketing & Public Relations**
Apr 2010 - Jan 2013 · 2 yrs 10 mos

 

**Assistant Owners Relationship Manager**
The Hong Kong Jockey Club
Apr 2007 - Apr 2010 · 3 yrs 1 mo
Hong Kong

Maintained close bonding among both existing and potential Horse Owners. Coordinated and carried out incentive and loyalty pro  …see more

## Education


**HKUST Business School**
Bachelor of Business Administration (BBA), Marketing

## Skills

**CRM**

  4 endorsements

Marketing

5 endorsements

Show all 18 skills →

## Interests

Top Voices Companies Groups Schools

**Richard Branson** · 3rd
Founder at Virgin Group
18,733,860 followers

+ Follow

**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
35,021,865 followers

+ Follow

Show all Top Voices →

Promoted

Find talent on Upwork
See why 56% of hiring managers say working remotely exceeds expectations.

Attorney Needed ASAP
We need attorneys to help our legal clients. Free trial to view cases.

The WSJ Bundle Is Here
Inform Your New Year's Resolutions With Trusted Insights. Just $1/Week.

### People also viewed

**Tejas Khule** · 3rd
SAP Bilingual Consultant | SAP ERP FICO | S4 HANA Certified | JLPT N1

View profile

**Dave Neilsen** · 3rd
Managing Director

View profile

**Kijun Seo** · 3rd
Co-CEO at Planetarium

View profile

**Jitendra Maharana** · 3rd
Certified Agile Coach | Agile Project Manager | Scrum Master | Iteration Manager | PMP Certified | PMI - ACP Certified

View profile

**Jinhwa Jung** · 3rd+
Advertising Account Executive

Connect

Show all

**People you may know**

From Josephine's company

**James Beeton**

Product Director at Helios Digital | Agile Product Management, Retail Data Analytics

Connect

**Li Zongyang**

Customer Delivery @Helios Digital | Wake Forest University School of Business: M.S. in Management | Beloit College: B.A. International Politic...

Connect

**Edward Salter**

UI UX Designer at Helios Digital

Connect

**Sida Bai, CPA, CA**

Finance and Operations / SAAS

Connect

**Josh Bunyan** in

Director

Connect

Show all

**You might like**

Pages for you

**All Of Us Here**

Advertising Services

366 followers

+ Follow

**Obama Foundation**

Non-profit Organizations

249,955 followers

11 connections follow this page

+ Follow

Show all

Promoted

Subscribe with Google.
New Year Sale: 50¢/Week

Boost IT productivity.
Grow your customer company with automation, AI, and intelligent insights.

Global leader in Domains.
Get a domain and try GoDaddy's Online Store for free. See terms on site.



