# EXHIBIT 4



DDN-1/43

2



# ABOUT US

**WE ARE AN AUTOMOTIVE TECHNOLOGY COMPANY**

Opportunity to both build new market share and take existing market share by designing and delivering tailored intelligent Dealer Management Solutions (DMS) to automotive partners in Asia Pacific.

Dealers use DMS to manage inventory, parts, finance, delivery, customer information and a host of other services. High quality fully integrated DMS technology and software is critical for dealers to operate their businesses efficiently and effectively day to day.

PINEWOOD ASIA PACIFIC

www.pinewoodap.com



# BACKGROUND

**PINEWOOD TECHNOLOGIES – ESTABLISHED BRAND / MARKET LEADER**

Pinewood Technologies is the software division of the UK's second largest motor dealer.

The business was established in 1998 and has historically focused on the domestic UK market where it has ~30% market share. Pinewood Technologies is doing business in most major European markets but only recently turned its attention to the growing Asian markets.

Pinewood Technologies has developed the most comprehensive and user friendly Cloud based systems in the industry, and is considered a Gold level Microsoft Partner.

**PINEWOOD ASIA PACIFIC**

Established in 2017, Pinewood Asia Pacific ("the Company") has an **exclusive relationship with Pinewood Technologies for sales and distribution in Hong Kong, Japan, Korea, China, Thailand, Singapore and Philippines.** There is the option to acquire the remaining ASEAN nations and Australia through successful execution in current licensed territory. The Company is operating in Hong Kong, Thailand, Philippines, Vietnam and China. Japan is contracted for 2020 operations and Korea is under negotiation for late 2020 operations.

Seed capital was provided by the Company's founders. Having already established 539 users and clients in 5 countries, the Company now seeks additional capital to finance growth.

www.pinewoodap.com

DDN-1/45

# MARKET IN ASIA

4

## CLIENTS:

National Sales Corporations (NSC's) operate larger countries like China, Japan, Korea, Australia. NSC's are wholly or majority owned subsidiaries of the Original Equipment Manufacturer (OEM). DMS sales are made directly to the NSC with DMS platform selection heavily driven by the OEM.

Smaller countries with lower volumes tend to be "Importer Markets" where the OEM appoints a company to import and distribute it's products. DMS sales are made to the Importer with the OEM support.

Some markets are mixed depending on volume of brand and regulatory complexity.

## COMPETITION:

Locally grown Dealer Management Solutions currently dominate the Asia Pacific markets.  Global DMS providers like Pinewood have been slow to devote resources required to modify software and invest resources required to build their businesses in Asia.  However, as OEMs continue to grow their businesses in Asia, they are forcing the phase out of smaller domestic DMS systems in OEM integrated markets – in favor of more sophisticated systems like Pinewood DMS.

**Other major DMS providers in Asia:**

- CDK Global (NYSE: CDK) is the current market leader with 30% of the Asian market.
- Incadea (privately owned, Canada based) has 10% of the Asian market.
- SAP offers a DMS solution but lacks dealership integration with OEMs.



NSC
IMPORTER
MIXED

PINEWOOD ASIA PACIFIC

www.pinewoodap.com

# DMS MARKET OPPORTUNITY

BY THE NUMBERS



## $1.8B

### Market Size

Total Asia market for DMS is approximately US$1.8 Billion in DMS product sales, growing YoY

## $183M

### Opportunity

If we can capture 10% of the total market in Asia, we would have US$183M in recurring revenue from DMS sales alone.

## 90,000

### Dealerships

90,000 Dealership in Asia (excluding India) and growing YoY

## 1.8M

### User Licenses

Total User Licenses in total market for DMS Products

PINEWOOD ASIA PACIFIC

DDN-1/47



# BUSINESS MODEL

## LONG TERM, RECURRING REVENUE



### LONG TERM CONTRACTS

3 year initial term,
perpetually renews



### UPFRONT PAYMENT

Customers Pay Quarterly
in Advance



### STICKY PRODUCT

Average Customer retention
is **19.5 Years**



### SCALABLE

Deployed via Apps / Browser;
No hardware to manage

PINEWOOD ASIA PACIFIC

www.pinewoodap.com

DDN-1/48

# OUR CUSTOMERS

WE WORK WITH 40+ GLOBAL MANUFACTURERS

**CLOSE RELATIONSHIPS WITH THE FOLLOWING BRANDS:**

**Jaguar / Land Rover**



- Global IT Director openly supports our platform;
- Pinewood DMS is first in line for all JLR system integrations globally.

**Porsche**



- Global IT Director is very supportive of our platform and tells our customers that 'Pinewood DMS is the best DMS provider and platform he has worked with';
- Currently discussing a global strategic vendor status with Stuttgart team
- Pinewood DMS is first in line for all Porsche system integrations globally.

**BMW**



- Newer relationship, but we successfully took all Northern European markets from CDK Global in 2019;
- Developed and piloted the first DMS Next API integrations with BMW; we are almost a year ahead of any of our competitors

**Volkswagen / Audi**



- Pinewood signed a Strategic Vendor Agreement with Audi / VW in 2017
- Relationship in Europe is very strong, however it is still relatively new with Asia Pacific offices.

PINEWOOD ASIA PACIFIC

www.pinewoodap.com

DDN-1/49



## CURRENT CLIENTS:

- Porsche Thailand
- Porsche Vietnam
- Bentley Thailand
- Jaguar / Land Rover Philippines
- Harley-Davidson Hong Kong
- Harley-Davidson Thailand
- Lamborghini Hong Kong
- Lamborghini Guangzhou
- Tesla Bodyshop Hong Kong
- Tesla Bodyshop Guangzhou

### USERS:
539 Licensed Users

### ANNUAL RECURRING REVENUE:
US$528,000

## CONTRACTS IN EXECUTION:

- Jaguar / Land Rover Japan

### USERS:
1,200 Licensed Users

### ANNUAL RECURRING REVENUE:
US$1,224,000

## NEGOTIATION – LATE STAGE:

- Porsche Japan – 960 Users
- Harley-Davidson Japan – 250 Users
- BMW Korea – 3,500 Users
- Jaguar / Land Rover Korea – 1,200 Users
- Volkswagen Philippines – 130 Users
- Audi & Porsche Philippines – 130 users
- BMW Philippines – 300 Users

### USERS:
6,470 Licensed Users

### ANNUAL RECURRING REVENUE:
US$6,171,000

## NEGOTIATION – MID STAGE:

- Morris Garage (MG) Thailand  – 600 Users
- Ford Thailand – 800 Users
- Audi Thailand – 200 Users
- Hyundai Thailand – 500 Users
- Volkswagen / Audi Vietnam– 520 Users
- Ford Vietnam -– 800 Users

### USERS:
3,420 Licensed Users

### ANNUAL RECURRING REVENUE:
US$3,224,000

PINEWOOD ASIA PACIFIC

www.pinewoodap.com

# 2020 / 2021 Visibility

Y O U R   S U B T I T L E   H E R E



| | 2017 | 2018 | 2019 | 1Q2020 | 2Q2020 | 3Q2020 | 4Q2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ 17,055 | $ 353,922 | $ 980,419 | $ 152,466 | $ 152,466 | $ 386,174 | $ 637,639 | $ 2,935,185 | $ 4,604,250 | $ 6,478,740 | $ 9,216,810 |
| **Gross Margin** | $ 8,869 | $ 320,411 | $ 865,000 | $ 80,807 | $ 80,807 | $ 204,672 | $ 337,949 | $ 1,555,648 | $ 2,440,253 | $ 3,433,732 | $ 4,884,909 |
| **Net Profit** | $ (90,310) | $ (364,401) | $ (320,000) | $ (185,611) | $ (215,386) | $ (70,907) | $ 28,392 | $ 148,274 | $ 304,001 | $ 1,494,396 | $ 3,204,509 |
| **Cummulative Users** | 15 | 325 | 572 | 650 | 780 | 1,045 | 1,670 | 3,310 | 7,030 | 10,000 | 13,280 |

PINEWOOD ASIA PACIFIC

www.pinewoodap.com

DDN-1/51

# Our Strategy

BUILT TO LAST

10

## MISSION

To design, develop and deliver intelligent solutions to our automotive partners in Asia Pacific.

## GUIDING PRINCIPLES

- Obsessed with Customer Satisfaction
- Create Value Through Simplified Solutions
- Our Brand Matters



**SIMPLE PRICING**

Faster contracting and increased customer satisfaction



**RAPID DEPLOYMENT**

System deployed 40% faster than competition



**BEST IN CLASS SUPPORT**

Delivering support that helps Our customer grow faster



**SEEMLESS INTEGRATION**

Providing fully integrated solutions that add real value to our customers






www.pinewoodap.com

DDN-1/52

# OUR STICKINESS IS LEGENDARY

 11

## SELL MORE TO OUR CAPTIVE CUSTOMERS

### PINEWOOD UNIVERSITY

E-LEARNING PLATFORMTO TRAIN DEALERS DURING ON BOARDING AND TO ENHANCE THEIR SYSTEM USE TO MAXIMIZE AOPTION RATES. WILL BE USED TO TARGET OEM TRAINING CONTRACTS IN FUTURE



### AUTO BOT

SALES PLATFORM TO CONNECT PROSPECTIEV CUSTOMERS TO SALES AGENTS AND DEALERSHIP STAFF WITH CUSTOMERS IN REAL TIME





### AUTO BI

DATA ANALYTICS AND VISUALIZATION PLATFORM USED TO OFFER KPI MONITORING AND PREDICTIVE ANALYTICS TO THE PINEWOOD DMS CUSTOMERS



### SCOUT

AUTOMOTIVE LOYALTY PLATFORM FULLY INTEGRATED WITH PINEWOOD DMS TO MAXIMIZE CUSTOMER LOYALTY TO DEALERSHIPS AND INCREASE EFFECTIVENESS OF MARKETING  SPEND



# CONTACT US

w w w . p i n e w o o d a p . c o m

 +852 9307 0565      david.neilsen@pinewoodap.com      Taikoo, Hong Kong      http://pinewoodap.com