# EXHIBIT 9

**From:** David Neilsen
**Sent:** Monday, September 16, 2019 9:11 PM
**To:** Paul Hopkinson <paul.hopkinson@pinewood.co.uk>
**Cc:** Josephine Lee <josephine.lee@pinewoodap.com>
**Subject:** Accelerating Pinewood AP Growth

Paul:

As discussed, I've put together a plan on how we could accelerate Pinewood AP Growth in Asia Pacific with the support of Pendragon / Pinewood PLC.

The Delivery targets are a stretch, but by putting a team in place this year, we have time to train in advance and deliver on the contracts immediately rather than waiting for developments and building the team. The sales targets for 2019 and 2020 are well within reach as long as 1.) you guys can further the relationship with BMW and Porsche from your side 2.) and we deliver for Porsche in Vietnam / Thailand and JLR in Japan on our side.

Let me know your thoughts and happy to discuss in detail. Look forward to the feedback from the development team tomorrow.

**Thanks,**

**David Neilsen**

**Managing Director**
**Pinewood Asia Pacific**
HK: +852 9307 0565



# Pinewood AP
# Accelerated Growth Plan

Copyright ©2019 Pinewood Technologies Asia Pacific Ltd

# 2019 – 2021 Sales Plan

**2019 Leads**

- JLR
  - Japan - 960 Users
- Porsche
  - Philippines – 100 Users
- BMW
  - Korea – 3,000 Users
- Audi/VW
  - Vietnam – 370 Users
- Others
  - AAS Exp – 100 Users
  - CATS Exp – 90 Users

**4,620 Users**

**2020 Leads**

- JLR
  - Korea – 900 Users
  - Thailand – 30 Users
  - Taiwan – 280 Users
- Porsche
  - Hong Kong – 100 Users
  - Cambodia – 30 Users
  - Korea – 330 Users
  - Japan – 330 Users
- BMW
  - Japan – 3,600 Users
  - Vietnam – 350 Users
- Audi/VW
  - Hong Kong – 620 Users
  - Thailand – 200 Users
  - Korea – 1,500 Users
- Others
  - Add's JLR Japan – 400 Users
  - H-D Japan – 500 Users
  - MG Thailand – 800 Users
  - Chevy Vietnam – 800 Users

**10,370 Users**

**2021 Opportunities**

- JLR
  - Vietnam – 130 Users
- Porsche
  - Taiwan – 140 Users
  - Japan – 800 Users
  - Singapore – 100 Users
  - Hong Kong Exp – 300 Users
- BMW
  - Hong Kong – 300 Users
  - Taiwan – 270 Users
  - Singapore – 200 Users
  - Thailand – 750 Users
  - Philippines – 250 Users
- Audi / VW
  - Taiwan – 750 Users
  - Japan – 2,500 Users
  - Singapore – 300 Users
- Others
  - Lei Shing Hong – 4,000 Users
  - Dah Chong Hong – 2,500 Users
  - Add'l BMW / JLR – 2,000 Users

**15,290 Users**

Copyright ©2019 Pinewood Technologies Asia Pacific Ltd

DDN-1/4



# 2019 – 2021 Delivery Plan

**2019**
- Current : 518 Users
  +
- Porsche
  - Vietnam– 69 Users
- Others
  - AAS Exp – 100 Users
  - CATS Exp – 90 Users

**777 Users**

**2020**
- JLR
  - Japan - 400 Users
- Porsche
  - Philippines – 100 Users
  - Hong Kong – 100 Users
- BMW
  - Korea – 400 Users
  - Japan – 200 Users
- Audi/VW
  - Vietnam – 370 Users
  - Thailand – 200 Users
  - Philippines – 100 Users
- Others
  - H-D Japan– 100 Users

**1,970 Users**

**2021**
- JLR
  - Japan – 400 Users
  - Korea – 400 Users
  - Thailand – 30 Users
  - Taiwan – 280 Users
- Porsche
  - Korea – 330 Users
  - Japan – 330 Users
- BMW
  - Japan – 400 Users
  - Korea – 400 Users
- Audi/VW
  - Hong Kong – 200 Users
  - Thailand – 200 Users
- Others
  - H-D Japan – 200 Users
  - MG Thailand – 200 Users

**3,370 Users**

**6,117 Cumulative Users in 2020 = ~£3,600,000 in UK Share of User Fees**

Copyright ©2019 Pinewood Technologies Asia Pacific Ltd

DDN-1/5



# How Do We Get There?

## Pinewood AP Responsibilities

1. **On The Ground Sales and Support In Core Markets**
   - » Establish sales and limited support teams in Korea, Japan and Thailand to secure current market opportunities
   - » Hire on full sales and marketing team to target markets outside Korea, Japan and Thailand to achieve targets.
   - » Bring Sera Thomas and Jordan Stanistreet onto Pinewood AP payroll

2. **Increase Implementation Speed**
   - » Invest in and deliver a fully capable e-learning platform across all markets.
     - » Skeleton system in English exists today, but we need to add production, translations to new languages and full support
     - » Expect it to cut delivery time by 50% and grow existing user base by 20%
   - » Expand Training & Implementation team to cater all future project deliveries

3. **Develop internal Power BI capability**
   - » Address major challenge of delivering on dealer and OEM reporting requirements through internal Power BI / DB to Excel capability.
   - » System Usage Stuff here
   - » Pinewood DMS struggles in reporting for the Asia Markets and the only effective short term solution is deliver a complete Power BI / DB to Excel solution.

4. **Engage Professional Localization Partners**
   - » Secure full market requirements prior to entry to increase speed of market entry and reduce wasted development time
   - » Further reduce market execution risk by ensuring we have all the requirements objectively scoped prior to market entry

# How Do We Get There?



## Pinewood UK Responsibilities

1. **Deliberate Localization / Development for Core Markets**
   - » Build your own invoice completely deployed by 4Q2019
   - » Sales+ Deployed by 4Q2019
   - » Localization deadlines: **Vietnam** = 4Q2019, **Japan** = January 2020, **Korea** = March 2020, **Taiwan** = December 2020

2. **Increase Speed and Flexibility in Contracting**
   - » Authorise Pinewood AP to discount first contract in each market on a true 50/50 split of Revenue between Pinewood AP and Pinewood UK.
   - » Authorise Pinewood AP to offer free implementation on all contracts reduce barriers to contracting.
     - » Pinewood UK would forgo user fees from client until Pinewood AP's costs of delivery are recovered.

3. **Transparent roadmap and development timelines**
   - » An up to date and transparent view of what is happening with software development, is key to minimize Pinewood AP capital risk.

4. **Additional Support Resources**
   - » Pete Thomas dedicated to the AP projects until all market localizations are completed above.
   - » Dedicated Shield member to Pinewood AP issues to help resolve outstanding system bugs and other non-enhancement related issues.
     - » Today, we compete with other resources and response time is extremely slow and usually results in the shield team asking us for more detail.
   - » Dedicated use of 1 X Data conversion team member based in the UK to support Pinewood AP.
   - » 2X Pinewood UK Support team members relocated to Hong Kong for 12 months

5. **Financial Support and Capital Loan**
   - » Amend contract to eliminate all user fees until we reach 1,000 users or June 2020, whichever comes first.
   - » Pendragon / Pinewood PLC issue a £850,000 loan to Pinewood AP at 1% interest to fund the aggressive growth plan.
     - » Secured by Pinewood AP contracts
     - » Payable in December 2023



# Pinewood Asia Pacific Team - SEPT 2019

- **Hong Kong Team Fully Operational**
  - Two Fully Trained Implementations Teams
  - Full English, Cantonese and Mandarin Capability
  - Limited Thai and Japanese Capability
- **Japan Team Standing up**
  - Waiting on final contract and developments



|  | Admin | Sales | Imp / Sup |
|---|---|---|---|
| Hong Kong HQ | | | |
| Japan Team | | 15 Team Members | |
| Korea Team | | | |

Copyright ©2019 Pinewood Technologies Asia Pacific Ltd

DDN-1/8



# Pinewood Asia Pacific Team - EOY2020

- **Increase Hong Kong capability**
    - 2 X Sales and Marketing Personnel
    - 1 X Training, Implementation and Support Team
    - 1 X e-learning team
    - 1 X Power BI Specialist

- **Fully Establish Japan and Korea Teams**
    - 1 X Sales Executive
    - 1 X Training, Implementation and Support Team





Copyright ©2019 Pinewood Technologies Asia Pacific Ltd

DDN-1/9



# Business Plan Risks

1. **RISK: Unable to modify system for local markets due to complexity and/or available resources from UK development team**
   - Localization will be painful for every market we enter. There are many contributing factors, such as:
     - The requirements are not always clear upfront
     - The actual use scenario may differ from what was originally understood
     - Changing local rules / regulations
   - MITIGATING FACTORS:
     - Pinewood UK to commits to and resources a deliberate market entry strategy.
     - Pinewood AP to engage professional software consultants to increase speed and reduce risk and maintain market view. We have localized the system to 5 countries in Asia so far with Pinewood UK, so the methodology is correct, just need the right information upfront and continue to have

2. **RISK: Pinewood Asia Pacific does not properly execute the growth plan.**
   - Most of the market execution risk lies in the localization of Pinewood DMS and properly staffing local language implementation teams.
   - MITIGATING FACTORS:
     - Pinewood AP hires fully staffed team to support growth. Pinewood AP has professional management team in place that has proven ability to deliver on sales and implementations.
     - Pinewood UK delivers complete BMW project in Nordic markets. BMW Korea and Japan contracts are dependent on Pinewood UK successful delivery in Nordic markets. BMW Korea and Japan projects could support ensure user number projections.

Copyright ©2019 Pinewood Technologies Asia Pacific Ltd