# EXHIBIT 10

| | |
|---|---|
| **From:** | Peter Thomas <peter.thomas@pinewood.co.uk> |
| **Sent:** | 25 February 2020 09:55 |
| **To:** | Josephine Lee |
| **Subject:** | RE: Order Pipeline |

Hi Jo,

There's a new app that's been created for keeping pipeline detail up to date. I'll follow up on that with you next week when I'm back in the office, but for now can you just send me something basic along the lines of the spreadsheet that's been used up to now.

I need to make sure that the 'board' are clearly informed of what's cooking.

Cheers,

Pete



**Peter Thomas** / International Implementation Leader
peter.thomas@pinewood.co.uk

**Pinewood Technologies PLC**
2960 Trident Court, Solihull Parkway,
Birmingham Business Park, B37 7YN
www.pinewood.co.uk / +44 121 697 6600



Registered in England and Wales, Company No. 3542925

---

**From:** Josephine Lee [mailto:josephine.lee@pinewoodap.com]
**Sent:** 25 February 2020 08:00
**To:** Peter Thomas <peter.thomas@pinewood.co.uk>
**Subject:** RE: Order Pipeline

Sure !

**From:** Peter Thomas <peter.thomas@pinewood.co.uk>
**Sent:** Tuesday, 25 February 2020 12:59 AM
**To:** Josephine Lee <josephine.lee@pinewoodap.com>
**Subject:** Order Pipeline

Hi Jo,

Perhaps something that we can discuss tomorrow….

I was quizzed earlier on today regarding the order pipeline expectations for AP. Obviously at this point the only signed order is Porsche Vietnam, but I need to look at giving a clearer position on this so we're aligned in with the other

1

resellers and partners. So we could do with having a review of everything that's under negotiation at the moment so that I can feedback accordingly.

Kind regards,

Pete



**Peter Thomas** / International Implementation Leader
peter.thomas@pinewood.co.uk

**Pinewood Technologies PLC**
2960 Trident Court, Solihull Parkway,
Birmingham Business Park, B37 7YN
www.pinewood.co.uk / +44 121 697 6600


Registered in England and Wales, Company No. 3542925

2