# EXHIBIT 11

| | |
|---|---|
| **From:** | Josephine Lee |
| **Sent:** | 02 March 2020 11:41 |
| **To:** | Tom Hartley; Paul Hopkinson; Steve Meadows; Peter Thomas; David Neilsen |
| **Subject:** | PW AP 2020 Contract & Rollout Forecast |
| **Attachments:** | Sales & Rollout Forecast 2020-2021- PWUK.xlsx |

Hi Tom,

It's a pleasure meeting you.

In the meeting, we all agreed to shift the development priority from Japan to Korea. I don't think we can rollout in Japan in 2020. I have made the update on the rollout plan accordingly.

If you have any question, please feel free to let me know. Happy to walk it through with you.

Thanks!



Josephine Lee

Sales & Operations Director
**Pinewood Asia Pacific**
m: +852 9305 6122
e: josephine.lee@pinewoodap.com
w: www.pinewoodap.com

| Make | Contract Detail | | | | | | Total | Rollout | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contract 2020 | | | | | | | Go-Live 2020 | | | |
| | Client | | Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 | Q3 | Q4 |
| JLR | JLR Japan (48 Dealers) | 960 | 960 | | | | 1,760 | | | | |
| | JLR Korea (60 Dealers) | 800 | | | 800 | | | | | | 100 |
| PORSCHE | PGA Philippines (1 Dealer) | 33 | 33 | | | | 1,048 | 33 | | | |
| | 3 Other brands of PH Dealer (Audi, Bentle | 95 | 95 | | | | | 95 | | | |
| | Vietnam Porsche | | | | | | | | | 63 | |
| | Japan  (46 Dealers) | 920 | | 920 | | | | | | | |
| BMW | BMW Philippines | 300 | | | 300 | | 3,800 | | | | 180 |
| | BMW Korea (Pilot) | 3,500 | | 3500 | | | | | | | 200 |
| VW | VW Vietnam ( Importer + 1 Dealer) | 350 | | | 350 | | 480 | | | | 50 |
| | Philippines Ayala VW  (9 Dealers) | 130 | | | 130 | | | | | 50 | 80 |
| Audi | Audi Vietnam ( Importer+ 3 dealers) | 170 | | | 170 | | 370 | | | | |
| | Audi Thailand | 200 | | | 200 | | | | | | 50 |
| H-D | CATS H-D | 30 | | | 30 | | 280 | | 30 | | |
| | H-D Japan | 250 | | | 250 | | | | | | |
| Others | Kingsway Macau | 15 | 15 | | | | 1,015 | 15 | | | |
| | Ducati Thailand | 200 | | | 200 | | | | | | 200 |
| | Vespa Thailand | 800 | | 20 | 780 | | | | | 20 | 200 |
| | Contract User Number | | 1,103 | 4,440 | 2,690 | 520 | 8,753 | - | 173 | 133 | 1,060 |

| Contract 2020 30% discount | | | | | Total | Go-Live 2020 30% discount | | |
|---|---|---|---|---|---|---|---|---|
| Full 70% | 540 | 2,176 | 1,318 | 255 | 4,289 | 85 | 65 | 519 |
| Tech 30% | 232 | 932 | 565 | 109 | 1,838 | 36 | 28 | 223 |