# EXHIBIT 12

# Josephine Lee

| | |
|---|---|
| **From:** | Peter Thomas <peter.thomas@pinewood.co.uk> |
| **Sent:** | Wednesday, 17 June 2020 5:26 pm |
| **To:** | Josephine Lee |
| **Subject:** | Proposals |

Hi Jo,

Can you do me a favour please…

Can you send me over teams (or share a location on your teams where I can download) all of the current proposals that have been issued. The last one I have is for Porsche Vietnam, so I'm missing everything else that is in the pipeline at the moment.

The account management team have been instructed to have a consistent visibility of proposals and the pipeline position. I think we're good on pipeline as we are now having our consistent monthly reviews, and that is being well received (our next one is next Wednesday). But I get a dismal score on proposals!!

We've introduced a new monthly meeting which starts next Thursday (good timing!) which is an International Business review, at which each account manager will present the position for their markets, so I'd like to be nailed on for the first one with all of the proposals in place, and we'll have an up to date position from our call on Wednesday.

We've started to get some very strong disciplines in place during lockdown; with weekly meetings now for Business Planning and Backlog Management, and now the addition of the monthly International Business Review. This is building the basis for a much clearer vision going forward on the mix of opportunities, development requirements, and market plans. When we couple this with the improvements that have been made to the development process we should see a much improved capability to plan, and more importantly deliver to plan. So I really do feel that we are going to come out of lockdown in a stronger place than when we entered it.

Cheers,

Pete



**Peter Thomas** / International Implementation Leader
peter.thomas@pinewood.co.uk

**Pinewood Technologies PLC**
2960 Trident Court, Solihull Parkway,
Birmingham Business Park, B37 7YN
www.pinewood.co.uk / +44 121 697 6600



Registered in England and Wales, Company No. 3542925

1