# EXHIBIT 13

# Josephine Lee

| | |
|---|---|
| **From:** | David Neilsen <david.neilsen@pinewoodap.com> |
| **Sent:** | Tuesday, 16 January 2024 3:45 pm |
| **To:** | Josephine Lee |
| **Subject:** | Fw: Pinewood |

**From:** Paul Hopkinson <paul.hopkinson@pinewood.co.uk>
**Sent:** Wednesday, November 3, 2021 2:59 AM
**To:** David Neilsen <david.neilsen@pinewoodap.com>
**Subject:** Pinewood

Dear Dave

I am writing to outline our position regarding the current status of the Pinewood UK & Pinewood AP financial relationship.

We have the following agreements in place with the systems/users as shown below.

| Date | Agreement | Territory |
|---|---|---|
| 28/7/2017 | Reseller Agreement | Hong Kong<br>Guam<br>Thailand<br>Macau |
| 28/03/2018 | Deed of Variation | Philippines |
| 08/01/2019 | Deed of Variation | Vietnam |
| 08/01/2019 | Reseller Agreement | Japan |
| 06/06/2019 | Deed of Variation | Sub-licence to JLR Japan for JLR dealers in Japan |

We currently have a total of 618 users (Standard & Tech+) split across HK, Philippines, Thailand & Vietnam.  This user count is 82% of the cumulative Targets that we set out for the first four years (750 by the end of the 4th year)

  We currently have the following outstanding balance on the Pinewood AP account.

| **Outstanding Sales Invoices** | | | |
|---|---|---|---|
| Thailand | | 12,428,059 | THB | |
| Others | | 155,124 | USD | |
| Total Outstanding Sales Invoices | | | GBP | 386,658 |
| Less Purchase Invoices from PWAP | | | GBP | 77,134 |
| Total Outstanding as at 31/10/2021 | | | GBP | 309,525 |

1

The Monthly billing for these users is approximately £18,000 in GBP and the last payment we received was May 2021

I understand that Sida & Tom agreed the balances as at the end of 2020 and as users have been brought online the debt has grown accordingly.

As we approach the year end we are being asked to provide summaries of our partnership status for all partners to our Parent company.  We anticipate challenges to the revenue recognition bearing in mind the lack of regular payment and the growing debt.  Whilst I understand that we were expecting progress with Japan to be more advanced at this stage, it has no bearing on the 2017 agreement and our right to be receiving full payment for the services we are providing.

Please can you give this situation your most urgent attention and advise when we can expect to receive the commencement of regular payments.

Best regards

Paul



**Paul Hopkinson**
paul.hopkinson@pinewood.co.uk / +44 7971 490650

**Pinewood Technologies PLC**
2960 Trident Court, Solihull Parkway,
Birmingham Business Park, B37 7YN

www.pinewood.co.uk

Registered in England and Wales, Company No. 3542925

