**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 24-mc-60119 |

**DECLARATION OF TARA J. PLOCHOCKI IN SUPPORT OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED'S PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, Tara J. Plochocki, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Lewis Baach Kaufmann Middlemiss PLLC and am counsel to the Petitioner Pinewood Technologies Asia Pacific Limited in this action.

2. William Berman is the CEO of Pendragon Vehicle Management ("Pendragon"). Attached hereto as Exhibit 1 is a true and accurate copy of Pendragon's website, identifying Mr. Berman as the CEO and board chair. That copy was obtained at https://www.pendragonplc.com/about-us/our-board/, last accessed January 18, 2024.

3. Mr. Berman's LinkedIn profile reflects that he is based in Fort Lauderdale, Florida. A true and accurate copy of Mr. Berman's Linkedin profile is attached hereto as Exhibit 2. That copy was obtained at https://www.linkedin.com/in/bill-berman-mba-50178443/, last accessed January 18, 2024.

4. Mr. Berman's voter registration information lists his address as 30 Bay Colony Drive, Ft Lauderdale, Florida, 33308. A true and accurate copy of voter registration information, as maintained by the Florida Department of State Division of Elections, is attached hereto as Exhibit 3.

5. Attached hereto as Exhibit 4 is a true and accurate copy of an article titled "Pendragon CEO on what really happened with Lookers talks – and his super-size group plans," published by Car Dealer Magazine on May 22, 2020, available at https://cardealermagazine.co.uk/publish/pendragon-ceo-reveals-really-happened-lookers-merger-talks-says-still-wants-super-size-group/193318.

6. Attached hereto as Exhibit 5 is a draft of the subpoena for testimony and documents to be directed to Mr. Berman.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January 2024.

s/ Tara J. Plochocki<br>Tara J. Plochocki