# EXHIBIT 2

           
Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Post a job





### Bill Berman, MBA · 3rd

Chief Executive Officer at Pendragon PLC

-  Pendragon PLC
-  University of Miami Herbert Business School

Fort Lauderdale, Florida, United States · **Contact info**

**500+** connections

Message    + Follow    More

Connect if you know each other    👤+ Connect

---

## About

Experienced Automotive Executive/CEO/President/COO with a demonstrated history of success in the automotive industry. A leader in automotive technologies and disruptive business models. Skilled in Budgeting, Business Planning, Operations Management, Coaching, and Retail. Strong operations professional with a   …see more

---

## Activity
3,084 followers

**Bill hasn't posted yet**
Recent posts Bill shares will be displayed here.

Show all activity →

---

## Experience

 **Pendragon PLC**
4 yrs 10 mos
London, Greater London, United Kingdom

**Chief Executive Officer**
Apr 2019 - Present · 4 yrs 10 mos

**Skills:** International Business Development · Strategy · Analytical Skills · International Sales · Executive Management · Board of Directors · Profit …

**Chairman Of The Board**
Apr 2019 - Present · 4 yrs 10 mos

**Skills:** International Business Development · Strategy · Analytical Skills · International Sales · Executive Management · Board of Directors · Profit …

 **President U.S. Operations**
AutoCanada
Aug 2018 - Mar 2019 · 8 mos

**Skills:** International Business Development · Strategy · Analytical Skills · International Sales · Executive Management · Board of Directors · Profit ·…


**AutoNation**
21 yrs 8 mos

**President and Chief Operating Officer**
Oct 2014 - Jun 2017 · 2 yrs 9 mos
Fort Lauderdale, Florida

**Skills:** International Business Development · Strategy · Analytical Skills · International Sales · Executive Management · Board of Directors · Profit ·…

**President (Western Region)**
Oct 2008 - Oct 2014 · 6 yrs 1 mo

**Skills:** Strategy · Analytical Skills · Executive Management · Profit · Business Development · Business-to-Business (B2B) · Management

**Market President (Northern California)**
Jan 2008 - Oct 2008 · 10 mos
Northern California

**Skills:** Strategy · Analytical Skills · Profit · Business-to-Business (B2B) · Management

Show all 7 experiences →

## Education


**University of Miami Herbert Business School**
Master of Business Administration - MBA, Business Administration and Management, General
2016 - 2017

**Skills:** International Business Development · Strategy · Analytical Skills · International Sales · Executive Management · Board of Directors · Profit ·…

## Skills

**International Business Development**
 4 experiences across Pendragon PLC and 2 other companies

 University of Miami Herbert Business School

**Strategy**
 6 experiences across Pendragon PLC and 2 other companies

 University of Miami Herbert Business School

Show all 50 skills →

## Recommendations

**Received**          Given

**Nothing to see for now**
Recommendations that Bill receives will appear here.

## Interests

**Top Voices**     Companies     Groups     Schools

 **Sarah Johnston** [in] · 2nd
Global Executive Resume Writer + LinkedIn Branding | Interview Coach 💼 Former Recruiter —> Founder of Briefcase Coach |



Outplacement Provider | The Future of Work is Here™ | LinkedIn Learning Instructor
938,805 followers
+ Follow

Arianna Huffington · 2nd
Founder and CEO at Thrive Global
9,596,643 followers
+ Follow

Show all Top Voices →

Ad •••
Get the latest jobs and industry news

IMF
Tara, explore relevant opportunities with IMF
Follow

## People also viewed

Ian Filby · 3rd
Non Executive Chairman at Pendragon / Advisor to Pennies
View profile

Eddie Hawthorne · 3rd
Chief Executive and Group Managing Director at Arnold Clark
View profile

Kim Costello · 3rd
Automotive News Europe Rising Star 2023- Retail | Chief Marketing Officer & Chief Customer Officer
View profile

Dermot Brennan · 3rd
Vice President /COO at Pendragon North America
View profile

Alan McLaren · 3rd
Executive Vice President & Chief Operating Officer
...
View profile

Show all

## People you may know

From Bill's job title

Anjam JALAL
Associate Director at DFSA Enforcement
Connect

Santiago Batista
Managing Director at Guidepost Solutions

+ Connect

**Robert Eager**
President at Reconciliation Education Project, Inc. (THE)

+ Connect

**Pamela Grewal**
Managing Director, U.S. National Tax

+ Connect

**Andrea J Prasow**
Executive Director

+ Connect

Show all

**You might like**
Pages for you

**Global Arbitration Review**
Information Services
52,082 followers

73 connections follow this page

+ Follow

**The Female Fraud Forum**
Legal Services
2,214 followers

30 connections follow this page

+ Follow

Show all