# EXHIBIT 4

# Dealer.

Log in

Search…

- Latest
- Used Cars
- Forum
- Power 2023
- UCA 2023
- CDLive 2024
- Suppliers Guide
- Latest Issue
- Top 100
- Register

HOME > NEWS >

Pendragon CEO Bill Berman on Lookers merger talks

News

# Pendragon CEO on what really happened with Lookers talks – and his super-size group plans

**James Baggott**
3:16 pm, May 22, 2020

SHARE

Pendragon CEO Bill Berman has revealed the full story behind the group's merger talks with Lookers – and said he hasn't ruled out super-sizing the dealer in the future.

Privacy

In an exclusive interview with Car Dealer Live – *a clip of which you can watch above* – Berman explains he wrote to the chairman of Lookers, Phil White, to ask for a discussion about a potential merger, but it never took place.

And he has admitted that he thinks the best way for Pendragon – the third biggest group in the UK with a £4.6bn turnover – to thrive is to grow larger so it can enjoy economies of scale.

News of 'merger talks' broke earlier this month and on May 5 **Pendragon confirmed to the Stock Market** it had made an approach to Lookers.

Speaking from his home in Florida, Berman said: 'That got overplayed just a little bit – the real skin of it was I'm just looking around.

'Lookers was no real discussion – all I did was send a letter to their chairman and asked if he'd like to have a discussion. I just did it in a formalised manner. And that was it. We never even had the discussion.

'They said they weren't in a place to have a discussion and we respected that and moved on and then two weeks later a story broke.

'But we never had any discussion whatsoever. I think it was overplayed a little bit – it is what it is – but do I see things like that happening? Probably.'

Berman admitted that he thinks super-sizing the group could be one of the best ways of solving the troubled group's problems.

He told Car Dealer Live: 'The business is going to change as we come out of this. I'm not sure every store with every company will be able to survive this and there's a high likelihood that volumes are going to be down.

'For me, the bigger that you can be, the bigger synergies you can get. Economies of scale are bigger, healthier and better able to compete you can be.

'To me you either need to have great representation in a small geographical area where you can really go out there and compete with the marketplace or you've got to be a little bit bigger.

'Whether it is the privately held groups or some of the publics, my guess is the landscape is going to look different a year or two from what it does today.'

Berman also thinks the unique assets of the Pendragon group could be an attractive proposition for a merger with the right partner.

He added: 'If you bought in some of our other assets with other stores and groups then I think our assets would be very complimentary.

'When you look at PVM, Pinewood and Quickco, those are unique assets that we have that nobody else does so when you do bring things in, there are economies of scale.

'Like Pinewood, if you bring more dealers in there's more dealer customer base for our software company, then that company gets to grow from that as well.'

To watch the full Car Dealer Live interview click the link below and **for more interviews like this click here**.

Privacy

Proposed pay plan for Pendragon – which could see CEO earn £2.2m a year – faced investor rebellion

Pendragon records £2.3m loss for first quarter of 2020 – but says things are improving



- *Join our WhatsApp group to get updates sent straight to your phone. Email us via the website here to get a link to join.*
- *Download the latest digital edition of Car Dealer Magazine Issue 147 for free here*



1 / 96 

Privacy

**James Baggott**

  

James is the founder and editor-in-chief of Car Dealer Magazine, and CEO of parent company Baize Group. James has been a motoring journalist for more than 20 years writing about cars and the car industry.

## More stories...


Used car dealer among group accused of attempted murder of top NI police officer


Bolton car dealer slams police as investigation ended into yobs who caused £50,000 of damage


Land Rover tops list of used car brands that made dealers the most profit in 2023


TrustFord appoints three new board members to bolster leadership team


Tesla and Volvo to halt European production after Red Sea shipping attacks by Houthi rebels


Newspaper links Inchcape boss who was Fujitsu's UK head during Horizon scandal to £2.6m farewell payoff


FCA to investigate car finance for not paying out compensation to customers

Privacy



LE Capital dealer finance welcomes new fintech investors as duo take controlling stake



Used car dealership Redgate Lodge recruits Paul Keighley for new role of operations director



Sherwoods becomes latest car dealer to end Sunday trading in order to improve work-life balance



Hertz to sell off 20,000 EVs from American fleet because of poor valuations and rising costs



Whistleblowers claim Jaguar Land Rover dealership ramps at 'serious risk of collapse'



Car dealership Luscombe Motors sees annual turnover nearly double to almost £72m



Renault rebounds: French firm was the second fastest-growing brand in 2023



Supercar dealer pledges to pay £100k premium for Ferrari Purosangue



Motability results show substantial drop in profit for charity scheme in 2023

    

The latest...

News

Privacy

Car News

Used Cars

Supplier Tips

Advice

Check out...

Car Dealer Live

Podcasts

Opinion

Account links...

Log In

Why Register?

Car Dealer Plus

Car Dealer Magazine

About Us

Blackball Media

Privacy Policy

Tel: 020 8125 3880



© Blackball Media 2021

   

Privacy