## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. _____ |

### [PROPOSED] ORDER GRANTING PETITIONER'S EX PARTE PETITION TO ISSUE SUBPOENAS AND GATHER DOCUMENTARY EVIDENCE

Upon the petition of Petitioner Pinewood Technologies Asia Pacific Limited, for an order of judicial assistance appointing Tara J. Plochocki as a Commissioner of the Court to facilitate the issuance of a subpoena and gathering of testimonial evidence from Respondent Bill Berman, who resides in or can be found in the Southern District of Florida. Upon review of the Memorandum of Law and Declarations and exhibits filed in support thereof, it is hereby

ORDERED that Petitioner's *Ex Parte* Petition be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024