UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mc-60119-WPD

IN RE PETITION OF PINEWOOD
TECHNOLOGIES ASIA PACIFIC
LIMITED FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782,
_____/

### ORDER DIRECTING THE CLERK TO CLOSE CASE

THIS CAUSE is before the Court *sua sponte,* upon a review of the record. Based upon the resolution of this matter, and it appearing that no additional issues remain for adjudication by the Court, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of March, 2024.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

1