UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 24-mc-60119-WPD |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR ALTERNATIVE SERVICE OF SUBPOENA**

Upon consideration of the motion of Petitioner Pinewood Technologies Asia Pacific Limited for alternative service of subpoena, the Memorandum of Law, Declaration of Tara J. Plochocki dated April 5, 2024 and exhibits filed in support thereof, and Affidavit of Ramon Sais Jr. dated March 27, 2024, and for good cause shown, it is hereby

ORDERED that Petitioner's Motion for Alternative Service of Subpoena be GRANTED; and that alternative service of process on William Berman shall be effectuated by:

(1) Service by email on the following email addresses: bill.berman@pendragon.uk.com; sdunseath@trowers.com; and

(2) Service via FedEx to 30 Bay Colony Drive, Fort Lauderdale, FL 33308;

and that service will be deemed sufficient and complete at the time the emails are sent.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024