**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE PETITION OF PINEWOOD**
**TECHNOLOGIES ASIA PACIFIC**
**LIMITED FOR JUDICIAL ASSISTANCE**
**PURSUANT TO 28 U.S.C. § 1782**

**Case No. 024-mc-60119-WPD**

**DECLARATION OF TARA J. PLOCHOCKI IN SUPPORT OF MOTION FOR**
**ALTERNATIVE SERVICE OF SUBPOENA**

I, Tara J. Plochocki, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Lewis Baach Kaufmann Middlemiss PLLC and am counsel to the Petitioner Pinewood Technologies Asia Pacific Limited ("PWAP") in this action.

2. William Berman is the CEO of Pendragon PLC. Attached hereto as **Exhibit A** is a copy of the Board webpage for Pendragon PLC, last checked on April 4, 2024.

3. Pendragon PLC is now doing business as Pinewood Technologies Group PLC. Attached hereto as **Exhibit B** is a true and correct copy of an article published by London South East on February 20, 2024, identifying Mr. Berman as the Chief Executive Officer of Pinewood Technologies Group PLC. It is also available at

   https://www.lse.co.uk/news/in-brief-pinewood-technologies-ceo-berman-sells-gbp500000-in-shares-iomgo867ixtckpt.html.

4. Pendragon PLC is the parent company of Pinewood Technologies PLC ("PWUK"). Attached hereto as **Exhibit C** is a copy of the "Our Business" webpage for Pendragon, identifying Pinewood Technologies.

5. Attached hereto as **Exhibit D** is the subpoena that Petitioner seeks to serve Mr. Berman.

6. Mr. Berman's email address is bill.berman@pendragon.uk.com.  An email communication between David Neilsen and Mr. Berman is attached hereto as **Exhibit E**.

7. PWUK is represented in the English court proceedings against PWAP in the High Court of Justice Business and Property Court of England and Wales, Technology and Construction Court, Case No. HT-2022-000244, by Steve Dunseath at Trowers & Hamlins LLP.  I am aware that PWUK's counsel has referenced this proceeding in communications with the English judge.

8. Steve Dunseath's email address is sdunseath@trowers.com. I have communicated with Mr. Dunseath through this email address for matters relating to this case.  On January 24, 2024, I emailed him a copy of the Petition and supporting documents.  On April 2, 2024, I sent him an email seeking his position on the Motion for Alternative Service and asked whether he was authorized to accept service.  He responded that he is not instructed by Mr. Berman and is therefore not authorized to accept service.  A copy of that communication is attached hereto as **Exhibit F**.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2024.

 s/ *Tara J. Plochocki*

Tara J. Plochocki