# EXHIBIT B

Less Ads, More Data, More Tools **Register for FREE ›** 

🏠 › News & RNS › Finance News › IN BRIEF: Pinewood Technologies CEO Berman sells GBP500,000 in shares

# IN BRIEF: Pinewood Technologies CEO Berman sells GBP500,000 in shares

Tue, 20th Feb 2024 12:23

ALLIANCE NEWS

   

Pinewood Technologies Group PLC - pure-play software-as-a-service business - Chief Executive Officer William Berman sells 1.5 million shares at GBP0.3485, worth GBP509,547, in London on Monday.

Current stock price: 35.04 pence

12-month change: up 79%

By Sophie Rose, Alliance News senior reporter

Comments and questions to newsroom@alliancenews.com

Copyright 2024 Alliance News Ltd. All Rights Reserved.

## Related Shares

 Pinewood Tech (PINE)

38.90 ▲ (0.55 / 1.43%%)

38.85 - 39.00



## More News

**2 Apr 2024 06:55** 

Less Ads, More Data, More Tools  **Register for FREE** ›  

(Alliance News) - Inchcape PLC's UK offering has attracted bid interest from New York-listed AutoNation Inc, Sky News reported on Monday.

---

**13 Feb 2024 14:20** 

## IN BRIEF: Pendragon officially changes name to Pinewood Technologies

Pinewood Technologies Group PLC - pure-play software-as-a-service business - Completes name change to Pinewood Technologies Group from Pendragon, mark...

---

AD

Less Ads, More Data, More Tools    **Register for FREE** ›