# EXHIBIT C

Share Price: 38.90 GBp +0.55 (+1.43%)

At 17:36 04/04/2024

# PENDRAGON

- About Us
  - Our Business
  - Our Brands
  - Our Board
  - Our Executive Team
  - Our History
- Investor Relations
  - Proposed Disposal Transition and Partnership Circular
  - Share Price
  - Corporate Details
  - Corporate Governance
  - Corporate Responsibility
  - Annual General Meeting
  - Inside Information
  - Modern Slavery Statement
  - Regulatory Announcements
  - Analyst Consensus
  - Analyst Research
- Results Centre
- Media
  - Security Update
- Corporate Contacts
  - Contact Form

- Home
- Who We Are
- Our Business

Privacy



# Our Business

Pendragon is revolutionising the automotive industry with its vision to transform automotive retail through digital innovation and operational excellence.

## Driving success in automotive retail

We have been keeping customers on the road for more than 30 years and are recognised as a trusted partner to many organisations in the automotive industry.

In a fast-changing world, we are continually adapting so we can meet the needs of our customers and serve our shareholders and stakeholders effectively.

## Our Strategy

Privacy



All of the businesses across the Pendragon Group are united in realising our vision to transform automotive retail through digital innovation and operational excellence.

Our strategy is brought to life through three strategic priorities for growth and transformation, these are:

- Unlock value in franchised UK motor by accelerating digital innovation, driving operational excellence, best practice and cost control
- Accelerate Pinewood's geographic expansion. Diversify into new products which can be utilised by our group before also being offered to the wider customer base
- Disrupt hybrid used car sales in the UK by differentiating the customer experience and scaling the number of sites

We believe that our long-term strategic ambitions, coupled with the experienced and dedicated Associates we have across our businesses will enable us to unlock the full potential of our brands.

# UK Motor



Our UK Motor division is formed of our Evans Halshaw and Stratstone brands which focus on the sale and aftersales of new cars and commercial vehicles.

We represent 21 different OEM partners across our network of retailers and via our online showroom.

We empower our customers to buy 'Your Car Your Way' enabling them to search, finance and buy their car in the most convenient way. Whether that's completely online, in-person or a mixture of both, we remain a trusted advisor to our customers when they're searching for their next car.

# Hybrid Used Cars Proposition

Privacy



Car Store is our digitally-led used car business which is dedicated to used car sales and servicing. We understand that customers' wants and needs are changing in the digital world and our vision is to transform the car buying experience through digital innovation.

Using our online platforms, customers can search for, find, buy and even finance their next used car online, from the comfort of their own home.

What's more, customers are able to collect their new vehicle from our network of UK stores or have it delivered to their home.

# Software

Case 0:24-mc-60119-WPD   Document 17-3   Entered on FLSD Docket 04/05/2024   Page 7 of 10



Pinewood Technologies is a unique segment of our business which differentiates us from our competitors.

Our software company is focused on developing innovative tools for automotive retailers and manufacturers, which can be implemented across the Pendragon Group before being supplied to the wider market.

Pinewood's principle product is its innovative dealer management system, Pinewood DMS. This web-enabled platform is trusted by retailers across the globe and is designed with manufacturer interface and modules for vehicle sales and marketing, aftersales and bookkeeping and accounts generation.

# Leasing

At Pendragon Vehicle Management our business to business brand focuses on providing comprehensive solutions to fleet customers.

Supplying fleet vehicles and management services which help businesses manage their fleets, improve efficiency, reduce costs and save time.

Our leasing division leverages our group purchasing power to be able to source vehicles for their customers, as well as providing a valuable source of used car stock which can be utilised across our retail brands.

Privacy



## More about Pendragon



## Our Brands



# Financial Information



# Our History



Privacy   Contacts

## About Us

- Our Business
- Our Brands
- Our Board
- Our Executive Team
- Our History
- Media
- Corporate Contacts
- Careers

## Investor Relations

- Share Price
- Corporate Details
- Corporate Governance
- Corporate Responsibilty
- Annual General Meeting
- Inside Information
- Modern Slavery Statement
- Regulatory Announcements

## Financial Information

- Results Centre

© 2024. All rights reserved.

Privacy