# EXHIBIT E

**Lauren Skala**

| | |
|---|---|
| **From:** | David Neilsen <david.neilsen@pinewoodap.com> |
| **Sent:** | Monday, April 1, 2024 8:44 PM |
| **To:** | Tara J. Plochocki |
| **Subject:** | [External Email] Fw: Without Prejudice - Pending Matters with Pinewood |

**From:** David Neilsen
**Sent:** Wednesday, May 25, 2022 9:17 PM
**To:** bill.berman@pendragon.uk.com <bill.berman@pendragon.uk.com>
**Subject:** Without Prejudice - Pending Matters with Pinewood

Dear Bill,

I hope this email finds you well and please accept my apologies for the note out of the blue.

I'm reaching out to you regarding the now critical situation that we have with Pinewood Technologies PLC (Pinewood). We have been a reseller of Pinewood DMS since 2017 and serve the Asia Pacific region. In that time, we have invested a considerable amount of time and capital in marketing the Pinewood DMS brand, building a team and originating contracts across the region. We have contracts in Thailand, Vietnam, Hong Kong, Macau, Philippines, and Japan that cover 10,000+ users today. However, 96% of those users have not gone live on Pinewood DMS due to the non-delivery by Pinewood of the required localizations to make the system work within each of the territories. Any further growth has been, and will continue to be, limited by the delayed delivery of localizations from Pinewood that are required to obtain certification within specific countries.

We have tried over the last several years to work with the management of Pinewood to get timelines and commitments for delivery of the required localizations and OEM integrations, but any promises that have been made have been consistently broken. Matters have become increasingly critical.

As you may be aware, and as a result, we have had to retain legal counsel and, unless anything urgently changes, are not far from filing a formal public proceedings with the English courts against Pinewood. It's not a decision we wanted to make, nor was it an easy decision. However, we must act to protect our business and our customers against the fundamental failures of Pinewood. Most of our customers, including JLR and Porsche Japan, are discussing termination with us given the years of long delays of Pinewood to deliver the required localizations and OEM integrations.

I have noted from your investor presentations that your strategy is to further the international expansion of the Pinewood business. To that point, in addition to the 10,000+ users we have contracted, we could deliver another 10,000 – 15,000 users over the coming 5 years. For reference, Pinewood has about 25,000 users in the UK today, so in the next 5 years we believe that we can close to double the user numbers for Pinewood's DMS business. However, none of this is possible given the current situation at Pinewood today and their consistent lack of performance.

With that, I'm hoping that by reaching out to you we could engage in a direct conversation and negotiate a path forward before this ends up in court, the large growth opportunity in Asia is lost and the reputational damage to Pinewood and my business are beyond repair. We conducted mediation last week and the result was very unsuccessful at addressing Pinewood's performance issues. I'm uncertain what information has been relayed to you on the matter, but if you can understand our position and the opportunity, I'm certain that a valuable commercial agreement can be made for all parties.

We have a short window before we must issue proceedings in the English Court and so look forward to hearing back from you at your earliest convenience.

Thank you,



**David Neilsen**
*Managing Director*
**Pinewood Asia Pacific**
m: +852 9307 0565
e: david.neilsen@pinewoodap.com
w: www.pinewoodap.com