# EXHIBIT F

**Lauren Skala**

| | |
|---|---|
| **From:** | Steve Dunseath <SDunseath@trowers.com> |
| **Sent:** | Wednesday, April 3, 2024 2:11 PM |
| **To:** | Tara J. Plochocki |
| **Subject:** | [External Email] RE: Service of Subpoena [TH-THL.FID119690807] |

Dear Ms Plochocki

I refer to your email below.

I am not instructed by Mr Berman and I am not therefore authorised to accept any documents on his behalf.

Yours sincerely

**Steve Dunseath**
Partner

**Trowers & Hamlins LLP**
55 Princess Street
Manchester
M2 4EW
DX 14323 Manchester 1

**d** +44 (0)161 838 2150
**m** +44 (0)7436 836161
**t** +44 (0)161 838 2000
**f** +44 (0)161 838 2001
www.trowers.com

**From:** Tara J. Plochocki <Tara.Plochocki@LBKMLAW.com>
**Sent:** Tuesday, April 2, 2024 11:12 PM
**To:** Steve Dunseath <SDunseath@trowers.com>
**Subject:** Service of Subpoena

**This email originated from outside the firm**

Dear Mr. Dunseath:

Petitioner Pinewood Technologies Asia Pacific Limited has attempted to serve Mr. William Berman at his home with the attached subpoena on the order of the District Court of the Southern District of Florida. Because he has been unwilling to come to the door to accept the subpoena, we intend to file a Motion for Alternative Service with the Court, seeking authorization to serve him via UK counsel and by email.

Under Florida court rules, we are required to confer with all parties or non-parties who may be affected by our motion. Accordingly, I write to determine 1) whether you represent Mr. William Berman; 2) if so, are you authorized to accept a subpoena on his behalf; and 3) do you otherwise take a position on our anticipated motion for alternative service on Mr. Berman? To be clear, we understand that you are not U.S. lawyers and we do not expect you to be involved in the representation of Mr. Berman in the Florida proceeding. Because of your representation of Pinewood Technologies UK in the English proceedings, under Florida rules, you are an appropriate party to contact in this circumstance.

We request that you please submit your response tomorrow.

Kind regards,
Tara

_____

**Tara J. Plochocki**

## Lewis Baach Kaufmann Middlemiss PLLC

1050 K Street, NW
Suite 400
Washington, DC 20001

**t** 202 659 7217

Bio | Email |  Website | vCard

_____

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*

At Trowers & Hamlins we work flexibly so whilst it suits me to email you now I don't expect a response outside normal working hours.

This email (including any attachments), is confidential and intended only for the use of the addressee(s). It may contain information covered by legal, professional or other privilege. If you are not an addressee, please inform the sender immediately and destroy this email. Do not copy, use or disclose this email. Please note that we do not accept service of court proceedings or any other formal notices by email unless specifically agreed by us in writing.

Trowers & Hamlins LLP is a limited liability partnership registered in England and Wales with registered number OC 337852 whose registered office is at 3 Bunhill Row, London EC1Y 8YZ. Trowers & Hamlins LLP is authorised and regulated by the Solicitors Regulation Authority. The word "partner" is used to refer to a member of Trowers & Hamlins LLP or an employee or consultant with equivalent standing and qualifications or an individual with equivalent status in one of Trowers & Hamlins LLP's affiliated undertakings. A list of the members of Trowers & Hamlins LLP together with those non-members who are designated as partners is open to inspection at the registered office. For further information see our website, www.trowers.com, where our privacy notices can be viewed. Unless it is clearly personal, the sender has sent this email on behalf of Trowers & Hamlins LLP. If the content of this email is personal or otherwise unrelated to our business, we accept no responsibility for its contents.

Email transmission cannot be guaranteed to be secure or error free. We do not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required please request a hard copy version.