## VERIFIED RETURN OF NON-SERVICE

**State of Florida**                    **County of Broward**                    **U.S. District Of Florida Court**

Case Number: 24-MC-60119-WPD   Court Date: 4/5/2024  10:00 am

**In RE:  Petition of Pinewood Technologies Asia Pacific Limited for Judicial Assistance Pursuant to 28 U.S.C. $ 1782**

For:
Lewis Baach Kaufmann Middlemiss PLLC
1050 K ST NW
# 400
Washington, DC 20001

Received by MD Standley Process on the 19th day of March, 2024 at 9:14 am to be served on **William Berman, 30 Bay Colony Drive, Fort Lauderdale, FL 33308**.

I, Ramon Sais Jr., do hereby affirm that on the **27th day of March, 2024** at **10:00 pm, I:**

**NON-SERVED** the **Subpoena to Testify at a Deposition in a Civil Action, Exhibit 'A' and Order** for the reason that I failed to find **William Berman** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
Address provided is a residential home owned by William & Michelle Berman.  Numerous attempts made all received no answer at the door.  The home is in a gated community where the security guards escort the server to the property and stay with the server until he leaves.  Numerous attempts found vehicles in the drive (Black BMW - FL tag EMFW22, Black BMW - GCAF4 and a silver Mercedes - LPK MQ9).  Some attempts I saw a woman (65 years, brown hair) inside the home.  She waved no to me and walked away.  I showed her my identification and stated why I was there, but she again waved no and walked away from the windows.  A man's voice was heard hushing the dog on one occasion.  The security confirmed that the Bermans were the residents there and that the Bermans were the drivers of the vehicles in the drive.  Repeated knocks at door and rings of the video bell received no answer. Cards left at door received no response.  Attempts made as follows:  3/20 @ 9:05am, 3/20 @ 5:15pm, 3/21 @ 8:07am,  3/25 @ 1:30pm, 3/25 @ 7:04pm and 3/27 @ 6:05pm.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server appointed by the Broward Sheriff's Office, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury, I declare that I have read the Verified Return of Service and the facts stated in it are true.  Pursuant to F.S. 92.525 (2), notary not required.

**Ramon Sais Jr.**
SPS # 324

**MD Standley Process**
**8958 West State Road 84**
**# 318**
**Davie, FL 33324**
**(954) 423-6767**

Our Job Serial Number: MWW-2024000207

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u